**No. 11-7617. Paul Riesselman, Petitioner v. United States.**

565 U.S. 1136, 132 S. Ct. 1065, 181 L. Ed. 2d 780, 2012 U.S. LEXIS 552.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 646 F.3d 1072.